Dismissed and Memorandum Opinion filed December 14, 2006








Dismissed
and Memorandum Opinion filed December 14, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00506-CV

____________

 

TEXAS CLIPS, INC., FRANK DANIELS,
SUSAN DANIELS, ROBERT HARRY AND SARAH HARRY, Appellants

 

V.

 

WESTHEIMER DUNVALE, LTD., SAGE
INTERESTS, INC., THE WEITZMAN GROUP, and DAVID STUKALIN,
Appellees

 



 

On Appeal from the 152nd District Court

Harris County, Texas

Trial Court Cause No. 04-24139

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 31, 2006.  On December 5, 2006,  the
parties filed a joint motion to dismiss the appeal because the case has been
settled. See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
December 14, 2006.

Panel consists of Justices Yates, Anderson, and Hudson.